

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00015-CV
_____

IN THE INTEREST OF L.E.S., A CHILD

On Appeal from the 76th District Court
Titus County, Texas
Trial Court No. 37,180

Before Morriss, C.J., Moseley and Burgess, JJ.

# ORDER

Court reporter Cresta LeFevre recorded the trial court proceedings in cause number 06-15-00015-CV, styled *In the Interest of L.E.S., a Child*, trial court cause number 37,180 in the 76th Judicial District Court of Titus County, Texas. The reporter's record in this accelerated appeal of a parental-rights termination order was due on March 23, 2015, by order of this Court. LeFevre has filed a motion for extension of time in which to file this record, asking that she be permitted to file the record on or before March 30, 2015.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we hereby overrule LeFevre's motion, and, due to the circumstances presented in LeFevre's motion, order LaFevre to file the reporter's record in cause number 06-15-00015-CV, styled *In the Interest of L.E.S., a Child*, trial court cause number 37,180 in the 76th Judicial District Court of Titus County, Texas, on or before March 30, 2015.

If the reporter's record is not received by March 30, we warn LeFevre that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   March 25, 2015